UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **ADAMS, ELIZABETH**

Chapter 13 Case No. 07-43938
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

RECEIVED MAY 31 2011 BY: _____

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| ELIZABETH ADAMS<br>706 CENTRAL AVE<br>BUFFALO, MN 55313 | Debtor Refund | | $58.36 |



RECEIVED 11 MAY 26 PM 9:37 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

TOTAL TO CLERK'S FUND $58.36

May 16, 2011 /s/ Kyle L Carlson
DATE TRUSTEE

RECEIVED 11 JUN 13 AM 9:35 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN